## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case Number:
PATRICK CUMMINS
v.
THE HOME DEPOT U.S.A., INC., a Corporation

FILED: APRIL 17, 2008
08CV 2226    NF
JUDGE KENNELLY
MAGISTRATE JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE HOME DEPOT U.S.A., INC.

| | |
|---|---|
| NAME (Type or print) <br> MARK E. PARSKY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Mark E. Parsky | |
| FIRM <br> McVey & Parsky, LLC | |
| STREET ADDRESS <br> 30 N. LaSalle Street, Suite 2100 | |
| CITY/STATE/ZIP <br> Chicago IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6184456 | TELEPHONE NUMBER <br> 312-551-2130 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing:

Beth Miller
Pontikes & Associates
Suite 1221
111 W. Washington St.
Chicago, IL 60602

McVEY & PARSKY, LLC
Attorney for Defendant
30 North LaSalle Street
Suite 2100
Chicago, IL 60602
Tel: (312) 551-2130
Fax: (312) 551-2131

By: /s/ Mark E. Parsky
    Mark E. Parsky
    Illinois Bar #6184456