## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    FILED: APRIL 17, 2008

PATRICK CUMMINS                          08CV 2226   NF
v.                                                    JUDGE KENNELLY
THE HOME DEPOT U.S.A., INC., a Corporation    MAGISTRATE JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE HOME DEPOT U.S.A., INC.

| NAME (Type or print) |
|---|
| EDWARD F. McGINNIS |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Edward F. McGinnis |

| FIRM |
|---|
| McVey & Parsky, LLC |

| STREET ADDRESS |
|---|
| 30 N. LaSalle Street, Suite 2100 |

| CITY/STATE/ZIP |
|---|
| Chicago IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1839373 | 312-551-2130 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing:

> Beth Miller
> Pontikes & Associates
> Suite 1221
> 111 W. Washington St.
> Chicago, IL  60602

> > McVEY & PARSKY, LLC
> > Attorney for Defendant
> > 30 North LaSalle Street
> > Suite 2100
> > Chicago, IL  60602
> > Tel:  (312) 551-2130
> > Fax:  (312) 551-2131

> > By: /s/ Mark E. Parsky
> > Mark E. Parsky
> > Illinois Bar #6184456