U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
PATRICK CUMMINS
v.
THE HOME DEPOT U.S.A., INC., a Corporation

Case Number:

FILED: APRIL 17, 2008
08CV 2226    NF
JUDGE KENNELLY
MAGISTRATE JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
THE HOME DEPOT U.S.A., INC.

| NAME (Type or print) |
|---|
| COLLEEN T. TIERNEY |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Colleen T. Tierney |

| FIRM |
|---|
| McVey & Parsky, LLC |

| STREET ADDRESS |
|---|
| 30 N. LaSalle Street, Suite 2100 |

| CITY/STATE/ZIP |
|---|
| Chicago IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6281433 | 312-551-2130 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing:

    Beth Miller
    Pontikes & Associates
    Suite 1221
    111 W. Washington St.
    Chicago, IL 60602

    McVEY & PARSKY, LLC
    Attorney for Defendant
    30 North LaSalle Street
    Suite 2100
    Chicago, IL 60602
    Tel: (312) 551-2130
    Fax: (312) 551-2131

    By: /s/ Mark E. Parsky
        Mark E. Parsky
        Illinois Bar #6184456