CTT/dn                           #39907                          11850

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| PATRICK CUMMINS,<br><br>      Plaintiff,<br><br>v.<br><br>THE HOME DEPOT USA, INC.,<br><br>      Defendant. | No.    FILED: APRIL 17, 2008<br>08CV 2226   NF<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE BROWN |

**FRCP 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure Rule 7.1 THE HOME DEPOT USA, INC., ("HOME DEPOT") states that Home Depot International, Inc. owns 100% of the HOME DEPOT's stock. HOME DEPOT is an indirect and principal operating subsidiary of The Home Depot, Inc.

                                      THE HOME DEPOT USA, INC.,

                    By:   /s/ Mark E. Parsky
                           One of Its Attorneys

Mark E. Parsky
Edward F. McGinnis
Colleen T. Tierney
McVey & Parsky, LLC
30 North LaSalle Street, Suite 2100
Chicago, IL 60602
Phone: 312-551-2130
Fax: 312-551-2131
Email: mep@mcveyparsky-law.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 18, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing:

    Beth Miller
    Pontikes & Associates
    Suite 1221
    111 W. Washington St.
    Chicago, IL  60602


    McVEY & PARSKY, LLC
    Attorney for Defendant
    30 North LaSalle Street
    Suite 2100
    Chicago, IL  60602
    Tel:  (312) 551-2130
    Fax:  (312) 551-2131

    By: /s/ Mark E. Parsky
        Mark E. Parsky
        Illinois Bar #6184456