## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2226 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Cummins vs. The Home Depot USA, Inc. | | |

**DOCKET ENTRY TEXT**

This case was removed to federal court based on purported diversity of citizenship jurisdiction. The removal notice, however, identifies only the residency - not the citizenship - of the defendant. Unless defendant files an amended notice by 5/10/08 establishing diversity of citizenship, the Court will remand the case to state court.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|