**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Patrick Cummins
                          Plaintiff,

v.                                                    Case No.: 1:08−cv−02226
                                                            Honorable Matthew F. Kennelly

Home Depot, USA, Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

     MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 6/11/2008 with attorneys for plaintiff and defendant Home Depot USA. Status hearing continued to 7/15/2008 at 09:00 AM. Defendant is directed to file by 6/23/2008 a second amended notice of removal reflecting the citizenship of the second named defendant in this case and attaching the amended complaint that had been filed in State Court prior to removal. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.