**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:


| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>           s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL            APPOINTED COUNSEL |

116-50562                       BAM:ag                    *Electronically Filed*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK CUMMINS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 07 CV 1589 |
| | ) | |
| HOME DEPOT, USA, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

TO:   U.S. District Court, Northern District of Illinois.

PLEASE TAKE NOTICE THAT on July 14, 2008 we filed with the U.S. District Court for the Northern District of Illinois, Patrick Cummins' Appearance.

**PONTIKES & ASSOCIATES**
**111 W. Washington St., Ste. 1221**
**Chicago, Illinois 60602**
**(312) 464-1440**

### CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copy of the foregoing was served on the **14th day of July, 2008** via **electronic filing**:

                                        s/Beth A. Miller
                                        Attorney for Patrick Cummins