UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Patrick Cummins
                     Plaintiff,

v.                                      Case No.: 1:08−cv−02226
                                          Honorable Matthew F. Kennelly

Home Depot, USA, Inc.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 8/5/2008, with attorneys for both sides by telephone. Status hearing continued to 9/15/2008 at 09:30 AM., with attorneys by telephone for the purpose of reporting on status of identification of proper defendants. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.